# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

JOHN T. BOUCHARD, ON BEHALF  §
OF HIMSELF AND ALL OTHERS    §
SIMILARLY SITUATED,          §
                             §
    *Plaintiff,*          §
                             §
V.                           §   Civ. No. 5:14-cv-1089-OLG
                             §
DXP ENTERPRISES, INC.        §   JURY DEMANDED
                             §
    *Defendant.*          §

## CONSENT TO JOIN

1. My name is Shawn Brown, and I am a former employee of DXP Enterprises, Inc.

2. I consent to be a party plaintiff in a lawsuit against DXP Enterprises, Inc. and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

3. By signing and returning this consent form, I designate Lawrence Morales II of The Morales Firm, P.C. to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

4. I also consent to join any separate or subsequent action to assert my claims against DXP Enterprises, Inc. and/or related entities and individuals potentially liable.

_____                    Michael Shawn Brown
Signature                                    Full Legal Name (Print)