United States District Court
Southern District of Texas
**ENTERED**
October 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN T. BOUCHARD, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § CIVIL ACTION NO. H-15-3118 |
| | § |
| DXP ENTERPRISES, INC., | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

The parties have reached a settlement of all claims in this lawsuit and have requested the court to enter a dismissal. The court approves the settlement. This civil case is dismissed with prejudice with respect to all of plaintiff John T. Bouchard's claims. All relief not expressly granted herein is denied.

SIGNED on October 27, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge